1  Geri N. Kahn (State Bar Number 148536)
2  geri@gerinkahn.com
   465 California Street, Suite 607
3  San Francisco, CA 94104
   Tel (415) 397-5446
4  Fax (707) 312-8271

5  Attorney for Plaintiff
   Alva Leslie Pearson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Alva Leslie Pearson, | Case No. 2:23-cv-1330 CKD |
|---|---|
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to File Motion for Summary Judgment; Order** |
| vs. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.

2. Plaintiff's counsel has emailed Michael K. Marriott, Esq., defendant's counsel. Mr. Marriott has indicated that he is agreeable to a 45- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on December 4, 2023, Defendant's reply brief on January 18, 2024, and Plaintiff's optional response brief on February 1, 2024.

Respectfully submitted,

Dated: October 18, 2023

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: October 19, 2023

/s/ Michael Marriott
MICHAEL MARRIOTT
Special Assistant United States Attorney
(*By email authorization on October 19, 2023)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 20, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE