PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (303) 844-6232
  E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVA LESLIE PEARSON,<br><br>  Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>  Defendant. | Case No.: 2:23-cv-01330-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 3, 2024, up to and including February, 2 2024.  This is the Defendant's first request for an extension.

  Undersigned counsel was assigned this matter on December 19, 2023.  Since that time, undersigned counsel has had filed three district court matters.  Additionally, undersigned counsel has been helping to care for a family member who had surgery on November 30, 2023, which has required unexpected absences from work, including several hours on December 20, 2023.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Further, undersigned counsel has been training a new attorney who joined our office on December 4, 2023. Undersigned counsel was also assisting another attorney who was out of the office December 18 through December 29, 2023; that attorney is training another new attorney. That new attorney unexpectedly required additional assistance during the week of December 18, 2023. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on January 2, 2024, and she had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 2, 2024           /s/ Geri N. Kahn*
                                 (*as authorized via e-mail on January 2, 2024)
                                 Geri N. Kahn
                                 Attorney for Plaintiff

Dated: January 2, 2024           PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                          By:    /s/ Noah Schabacker
                                 NOAH SCHABACKER
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 2, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE